JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **SUSAN C. BENAVIDES,** </br> Plaintiff, </br> v. </br> **NANCY A. BERRYHILL**, Acting **Commissioner of Social Security,** </br> Defendant. | NO. ED CV 17-103-KS </br></br> JUDGMENT |

Pursuant to the Court's Memorandum Opinion and Order,

IT IS ADJUDGED that the decision of the Commissioner of the Social Security Administration is affirmed and the above-captioned action is dismissed with prejudice.

DATE: April 17, 2018

_____
KAREN L. STEVENSON
UNITED STATES MAGISTRATE JUDGE